# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-1909
LT Case No. 2021-DP-000633

———————————————

L.S., MOTHER OF J.H., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
Kelly J. McKibben, Judge.

Richard F. Joyce, Special Assistant Regional Counsel, Office of
Criminal Conflict & Civil, Casselberry, for Appellant.

Sarah J. Rumph, of Children's Legal Services, Tallahassee, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Sarah
Todd Weitz and Amanda Victoria Glass, Senior Attorneys, for the
Office of the Guardian ad Litem.

October 10, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, JAY, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____